IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

AMANDA SUE BROWN,

        Plaintiff,

v.

        Case No. 19-cr-531-jdp

ANDREW SAUL,
Commissioner of Social Security Administration,

        Defendant.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant Andrew Saul, Commissioner of Social Security, against plaintiff Amanda Sue Brown affirming the decision of the Commissioner and dismissing this case.

| s/ V.Olmo, Deputy Clerk | 3/11/2020 |
| :---: | :---: |
| Peter Oppeneer, Clerk of Court | Date |